UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLVIN CASTILLO CHAVER,

     Petitioner,

   -v.-

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; U.S. DEPARTMENT OF
HOMELAND SECURITY; PAMELO JO
BONDI, *in her official capacity as Attorney
General of the United States*; KRISTI
NOEM, *in her official capacity as
Secretary of the U.S. Department of
Homeland Security*; TODD LYONS, *in his
official capacity as Acting Director of
Immigration and Customs Enforcement*;
PAUL ARTETA, *in his official capacity as
Sheriff and Warden of Orange County
Correctional Facility*; LADEON FRANCIS,
*in his official capacity as Field Office
Director of Enforcement and Removal
Operations of the New York Field Office of
Immigration and Customs Enforcement*;
and WILLIAM JOYCE, *in his official
capacity as New York Field Office Director
of Immigration and Customs Enforcement*,

     Respondents.

26 Civ. 1300 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Because of Respondents' failure to appear at the conference scheduled

for April 9, 2026 (*see* Dkt. #17), the hearing on Mr. Chaver Castillo's

immigration habeas petition is hereby ADJOURNED to **April 16, 2026**, at

**10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley

Square, New York, New York.  Respondents shall produce Petitioner at this

hearing.

The Clerk of Court is directed to update the case caption to reflect Mr.

Castillo Chaver's correct surname.

SO ORDERED.

Dated:   April 9, 2026
         New York, New York

KATHERINE POLK FAILLA
United States District Judge

2