UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLVIN CASTILLO CHAVER,

                Petitioner,

      -v.-

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; U.S. DEPARTMENT OF
HOMELAND SECURITY; PAMELA JO
BONDI, *in her official capacity as Attorney
General of the United States*; KRISTI
NOEM, *in her official capacity as
Secretary of the U.S. Department of
Homeland Security*; TODD LYONS, *in his
official capacity as Acting Director of
Immigration and Customs Enforcement*;
PAUL ARTETA, *in his official capacity as
Sheriff and Warden of Orange County
Correctional Facility*; LADEON FRANCIS,
*in his official capacity as Field Office
Director of Enforcement and Removal
Operations of the New York Field Office of
Immigration and Customs Enforcement*;
and WILLIAM JOYCE, *in his official
capacity as New York Field Office Director
of Immigration and Customs Enforcement*,

                Respondents.

---

26 Civ. 1300 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth in the Court's oral decision on April 16, 2026, Petitioner Olvin Castillo Chaver's habeas petition is GRANTED. Respondents are hereby ORDERED to immediately release Mr. Castillo Chaver from custody, return his property to him, and certify compliance with this Order by filing an entry on the docket no later than **April 16, 2026**, at **5:00 p.m.**

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:   April 16, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge