**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
OLVIN CASTILLO CHAVER,

                              Petitioner,               26 **CIVIL** 1300 (KPF)

           -against-                                 **JUDGMENT**

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; U.S. DEPARTMENT OF
HOMELAND SECURITY; PAMELA JO
BONDI, in her official capacity as Attorney
General of the United States; KRISTI NOEM,
in her official capacity as Secretary of the U.S.
Department of Homeland Security; TODD
LYONS, in his official capacity as Acting
Director of Immigration and Customs
Enforcement; PAUL ARTETA, in his official
capacity as Sheriff and Warden of Orange County
Correctional Facility; LADEON FRANCIS, in his
official capacity as Field Office Director of
Enforcement and Removal Operations of the New
York Field Office of Immigration and Customs
Enforcement; and WILLIAM JOYCE, in his official
capacity as New York Field Office Director of
Immigration and Customs Enforcement,

                             Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 16, 2026, Petitioner Olvin Castillo Chaver's habeas

petition is GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
          April 17, 2026

                                     **TAMMI M. HELLWIG**
                                  _____
                                       **Clerk of Court**

                        **BY:** _____
                                      **Deputy Clerk**